```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN M. JOYNER,

                Plaintiff,

-against-

ALTSON & BIRD LLP; RICHARD HAYS, in his official and individual capacities; CATHY BENTON, in her official and individual capacities; MICHAEL STEPHENS, in his official and individual capacities,

                Defendants.

1:21-CV-8549 (AT)

ORDER OF SERVICE

ANALISA TORRES, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Alston & Bird LLP, Richard Hays, Cathy Benton, and Michael Stephens.  Plaintiff is directed to serve a summons and the complaint on each defendant within 90 days of the issuance of the summonses.  If within those 90 days, Plaintiff has not either served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   October 25, 2021
           New York, New York

                                                    ANALISA TORRES
                                           United States District Judge