UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN M. JOYNER,

                Plaintiff,

-v-

ALSTON & BIRD LLP, RICHARD HAYS, in his official and individual capacities, CATHY BENTON, in her official and individual capacities; MICHAEL STEPHENS, in his official and individual capacities,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8549 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Before the Court is pro se Plaintiff Dawn M. Joyner's ("Ms. Joyner") "Bill of Complaint in Equity Presentment to Void Proceedings and Jurisdiction" (the "Bill") dated June 30, 2022. (ECF No. 42). The Court construes the Bill as a proposed amended complaint. Accordingly, Ms. Joyner's request to amend the complaint is DENIED WITHOUT PREJUDICE pending resolution of the objections to the Report and Recommendation. (ECF Nos. 40–41).

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Joyner at the address below.

Dated:     New York, New York
           July 1, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:    Dawn M. Joyner
            c/o 343 Gold Street, Apt. 903
            Brooklyn, NY 11201