UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAWN M. JOYNER, *Sui Juris*,

                    Plaintiff,

-against-                    21 **CIVIL** 8549(AT)(SLC)

                              **JUDGMENT**

ALSTON & BIRD LLP, RICHARD HAYES, in his
official and individual capacities, CATHY BENTON,
in her official and individual capacities, and
MICHAEL STEPHENS, in his official and individual
Capacities,

                    Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 9, 2022, for the foregoing reasons, the Court OVERRULES Plaintiff's objections to the R&R, ADOPTS the R&R in its entirety, GRANTS Defendants' motion to dismiss, DISMISSES Plaintiff's complaint with prejudice, and DENIES Plaintiff's request for recusal; accordingly, the case is closed.

**Dated:** New York, New York

      September 9, 2022

                                              **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                        **BY:**

                                                   **Deputy Clerk**